UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAPOLI BERN RIPKA SHKOLNIK, LLP, *a Limited Liability Partnership*,

        Plaintiff,

– against –

EVANSTON INSURANCE COMPANY *and* DOES 1 TO 50, *inclusive*,

        Defendants.

**ORDER**

18 Civ. 10236 (ER)

RAMOS, D.J.:

    On November 8, 2018, the plaintiff requested that this case be marked as related to 18 Civ. 7027. On July 19, 2019, the parties in 18 Civ. 7027 — the same as the parties in this matter — submitted a notice of settlement and the case was closed. Accordingly, the Clerk of Court is directed to close this case without prejudice to reopening by any party by letter notice, on or before thirty (30) days after the date of this order.

It is SO ORDERED.

Dated:   April 6, 2020
          New York, New York

                          EDGARDO RAMOS, U.S.D.J.